**Petition for Writ of Habeas Corpus Dismissed and Opinion filed July 14, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00486-CR

### IN RE MICHAEL R. BAILEY, Relator

**ORIGINAL PROCEEDING
WRIT OF HABEAS CORPUS
240th District Court
Fort Bend County, Texas
Trial Court Cause No. 16-DCR-073169**

## MEMORANDUM OPINION

On Tuesday, July 5, 2022, relator Michael R. Bailey filed a petition for writ of habeas corpus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator claims his plea was involuntary and asks this court to withdraw his plea.

This Court does not have original habeas corpus jurisdiction in criminal cases. *In re Ayers*, 515 S.W.3d 356, 356 (Tex. App.—Houston [14th Dist.] 2016,

orig. proceeding) (citing Tex. Gov't Code Ann. § 22.221(d)). Original jurisdiction to grant a writ of habeas corpus in a criminal case is vested in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge in those courts. *Id*. (citing Tex. Code Crim. Proc. Ann. art. 11.05). Therefore, this Court is without jurisdiction to consider relator's petition requesting habeas corpus relief.

The relief sought by relator is not within this Court's jurisdiction. As such, relator's petition for writ of habeas corpus is dismissed for want to jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.
Do Not Publish — Tex. R. App. P. 47.2(b).